**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE     :    NO.  498
MAGISTERIAL DISTRICTS WITHIN THE   :
36th JUDICIAL DISTRICT OF THE      :    MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of July 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 36th Judicial District (Beaver County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Beaver County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 36-1-01<br>Magisterial District Judge Alexander J. Korol | Ambridge Borough<br>Baden Borough<br>Harmony Township |
| Magisterial District 36-1-02<br>Magisterial District Judge Dirk A. Goodwald | City of Beaver Falls<br>Eastvale Borough<br>Fallston Borough<br>Patterson Heights Borough<br>Patterson Township<br>West Mayfield Borough<br>White Township |
| Magisterial District 36-2-01<br>Magisterial District Judge Edward C. Howe | Conway Borough<br>East Rochester Borough<br>Economy Borough<br>Freedom Borough<br>New Sewickley Township<br>Rochester Borough |

Magisterial District 36-2-02
Magisterial District Judge Robert P. Dappenbrook

Beaver Borough
Bridgewater Borough
Brighton Township
Glasgow Borough
Industry Borough
Midland Borough
Ohioville Borough
Vanport Township

Magisterial District 36-3-01
Magisterial District Judge Dale F. Nicholson

Daugherty Township
Ellwood City Borough
Franklin Township
Marion Township
New Brighton Borough
North Sewickley Township
Pulaski Township
Rochester Township

Magisterial District 36-3-02
(Vacant)

Big Beaver Borough
Chippewa Township
Darlington Borough
Darlington Township
Homewood Borough
Koppel Borough
New Galilee Borough
South Beaver Township

Magisterial District 36-3-03
Magisterial District Judge Joseph L. Schafer

Center Township
Georgetown Borough
Greene Township
Hookstown Borough
Monaca Borough
Potter Township
Raccoon Township
Shippingport Borough

Magisterial District 36-3-04
Magisterial District Judge Felicia E. Santillan

City of Aliquippa
Frankfort Springs Borough
Hanover Township
Hopewell Township
Independence Township
South Heights Borough